# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | DAVID GALLO-DeANDA |

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                         CASE NO. 3:10-cr-00083-01 JWS

Natalie Day

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 25, 2013

       Upon review the recommendation at docket 147 is found to be correct. This court adopts the recommendation. Based thereon the motion at docket 125 is withdrawn.